**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 3, 2019

_____

RECORD REQUEST

_____

No. 19-1011,    <u>Melinda Scott v. Andrew Carlson</u>
              2:18-cv-00047-JPJ-PMS

TO:   Julia C. Dudley

Please file the record in the above-referenced case in this court. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office (this includes paper state court records filed in the district court).

For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Jennifer Rice, Deputy Clerk
804-916-2702