IN THE US COURT OF APPEALS
FOURTH CIRCUIT

RECEIVED
2019 FEB -1 PM 1:52
U.S. COURT OF APPEALS
FOURTH CIRCUIT

IN RE:     MELINDA SCOTT

## PETITION

COMES NOW, Melinda Scott, and requests this Honorable Court to grant her access to Pacer.gov[1] without fees, having been granted leave to proceed *in forma pauperis*.

RESPECTFULLY

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia 23218
540.692.2342
mscottw@gmu.edu

---

[1] Pacer.gov staff informed the Petitioner by email that she could Petition the court for access without fees

Pg 1 of 1

Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218

KNOXVILLE
TN 377
28 JAN '19
PM 1 L



USCA4 Appeal: 19-1011    Doc: 8    Filed: 02

US Court of Appeals, 4th Circuit
Clerk
1100 East Main St., 5th flr.
Richmond, VA 23219

23219-351799



