# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 7, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Melinda Scott
            v. Andrew Carlson, et al.
            No. 19-5454
            (Your No. 19-1011)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 1, 2019 and placed on the docket August 7, 2019 as No. 19-5454.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst